ABNER PERRY *versus* TARSUS BOTSFORD *et al.*

ACTION upon a promise to pay a sum of money, after *Sept. 21st.* seasonable notice, in such iron castings as the plaintiff might wish, he furnishing his own patterns in case the defendants should not have such as the plaintiff might want. *Held*, that the plaintiff might prove notice on a different day from the one mentioned in the declaration ; and further, that the plaintiff having requested that the castings should be made on a basket belonging to the defendants, the burden of proof was on them to show that the basket was not a pattern.

*Porter*, for the plaintiff.

*Briggs* and *Bishop*, for the defendants.